# *Valli Kane & Vagnini*

## *Attorneys at Law*

---

600 Old Country Road
Suite 519
Garden City, New York 11530

Tel: 516-203-7180
Fax: 516-706-0248
www.vkvlawyers.com

May 2, 2018

**Via ECF**
Honorable Robert W. Lehrburger
United States District Court - SDNY
500 Pearl Street
New York, NY 10007

       Re:    Marvelous Solano-Rodriguez, et al. v. Amazon et al. Case No. 17-cv-1587

Dear Judge Lehrburger:

       Attached hereto please find the operative Settlement Agreement in the above referenced matter. This final and fully executed version of the agreement was previously submitted to the Court on December 8, 2017, Dkt. No. 65-1.  We ask that the Court please utilize this Settlement Agreement rather than either of the documents previously submitted this week (Dkt. No. 72-1 submitted on April 30, 2018 and Dkt. No. 73 submitted on May 1, 2018) and include the attached agreement in the Final Approval Motion, Exhibit 1 to the Declaration of Sara Wyn Kane.  We apologize for any inconvenience this may cause the Court and are available to discuss any questions or concerns the Court may have.  Thank you.

       Respectfully submitted,

       */s/ Sara Wyn Kane*
       Sara Wyn Kane
       skane@vkvlawyers.com